

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2016

No. 04-16-00598-CV

Arturo **CARRILLO**,
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV03830
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due on November 28, 2016. On November 28, 2016, appellant informed this court that he would file a motion for an extension of time in which to file his brief. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER appellant to file, on or before December 22, 2016, his appellant's brief or a motion for extension of time in which to file the brief. If appellant fails to file a brief or the motion by December 22, 2016, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2016.

Keith E. Hottle
Clerk of Court